IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00002-PAB-KMT

FABIOLA MENDOZA,
AMANDA MUNOZ,
JOSE "ALBERT" GOMEZ, and
ISIDRO HERNANDEZ on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

VALLEY PARK APARTMENTS, INC.,
SJW MANAGEMENT, INC.,
WILLIAM WESLEY HEWITT, and
STEVE SUTTER,

    Defendants.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the offer of judgment served May 31, 2013 and the acceptance thereof filed June 10, 2013 and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED judgment is hereby entered for the Plaintiff Fabiola Mendoza and against the Defendants Valley Park Apartments, Inc., SJW Management, Inc., William Wesley Hewitt, and Steve Sutter in the amount of $1,415 for her Fair Labor Standards Act claim, plus costs accrued to the date of the acceptance and reasonable attorney fees. It is further

ORDERED that post-judgment interest shall accrue at the weekly rate established under 28 U.S.C. § 1961, the current rate of which is 0.14%, from the date of entry of judgment.

DATED at Denver, Colorado this  11th  day of June, 2013.

                                              JEFFREY P. COLWELL, CLERK
                                              By:  s/ Edward P. Butler
                                                    Edward P. Butler,  Deputy Clerk