**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00002-PAB-KMT

FABIOLA MENDOZA,
AMANDA MUÑOZ,
JOSE "ALBERT" GOMEZ, and
ISIDRO HERNANDEZ, on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

VALLEY PARK APARTMENTS, INC.,
SJW MANAGEMENT, INC.,
WILLIAM WESLEY HEWITT, and
STEVE SUTTER,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 47] of Judge Philip A. Brimmer entered on June 20, 2013 it is

**ORDERED** that plaintiffs' third claim for relief is DISMISSED without prejudice with respect to plaintiffs Amanda Muñoz and Fabiola Mendoza. It is

**FURTHER ORDERED** that this case is DISMISSED.

Dated at Denver, Colorado this 20th day of June, 2013.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By: s/Edward P. Butler
                                              Edward P. Butler, Deputy Clerk